UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALAUNA GAYE MORRIS,

    Petitioner,

v.                                                      Case No. 22-cv-2147-JPG

ERIC WILLIAMS, Warden,

    Respondent.

## MEMORANDUM AND ORDER

    This matter comes before the Court on petitioner Alauna Gaye Morris ("Petitioner" or "Morris") petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Doc. 1). The petitioner is incarcerated at the United States Penitentiary in Greenville, Illinois ("FCI-Greenville"), where respondent Eric Williams is the warden. Morris is challenging his sentence on the grounds that Bureau of Prisons have denied him ability to be released based on a 2007 case, which has been expunged. Morris argues that the 2007 case was a ticket for $135.80 for disorderly conduct and not a "crime of violence" preventing his release under the CARES Act.

    This matter is now before the Court for preliminary review pursuant to Rule 4 of the Federal Rules Governing Section 2254 Cases in United States District Courts. Rule 4 provides that upon preliminary consideration by a district judge, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner." Rule 1(b) of the Federal Rules Governing Section 2254 Cases gives this Court the authority to apply the rules to other *habeas corpus* cases.

The Court is unable to determine from the petition and its exhibits that Morris is not entitled to relief under § 2241.  Accordingly, the Court **ORDERS** the respondent to answer or otherwise plead on or before December 26, 2022.  This preliminary order to respond does not preclude the respondent from raising any objection or defense the respondent may wish to present.  Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.  Morris shall have 14 days to reply to the respondent's response.

The petitioner is **ADVISED** of his continuing obligation to keep the Clerk and opposing parties informed of any change in the petitioner's whereabouts during the pendency of this action.  This notification must be in writing no later than 7 days after a transfer or other change in address.  Failure to provide notice may result in dismissal of this action.  See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**
**Dated: November 23, 2022**

/s/  J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**